AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| United States of America<br>v.<br><br>Timothy O'Brien<br>*Defendant* | )<br>)<br>)   Case No.  2:11-CR-137-DBH<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Timothy O'Brien                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Person Previously Convicted of a Misdemeanor Crime of Domestic Violence, In Violation of Title 18 U.S.C. Sections 922(g)(9) and 924(a).

Date: 08/25/2011

A TRUE COPY
ATTEST: Christa K. Berry, Clerk
By: _____
         Deputy Clerk

_____
*Issuing officer's signature*

City and state:   Portland, Maine

Devon F. Richards, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____.<br><br>Date: _____                                                                _____<br>                                                                                                                *Arresting officer's signature*<br><br>                                                                                                                _____<br>                                                                                                                 *Printed name and title* |