AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| United States of America<br>v.<br>Timothy O'Brien<br>*Defendant* | )<br>)<br>) Case No.  2:11-CR-137-DBH<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Timothy O'Brien                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Person Previously Convicted of a Misdemeanor Crime of Domestic Violence, In Violation of Title 18 U.S.C. Sections 922(g)(9) and 924(a).

Date:  08/25/2011

*Issuing officer's signature*

City and state:  Portland, Maine

Devon F. Richards, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/25/2011, and the person was arrested on *(date)* 8/29/2011
at *(city and state)* Scarborough, ME.

Date: 8/29/2011

*Arresting officer's signature*

Elyse Regan DUSM
*Printed name and title*

780-3625