

SCANNED

**U. S. Department of Justice**
**United States Marshals Service**

*District of Maine*

*156 Federal Street*
*Portland, Maine 04101*

December 15, 2011

Judge Hornby
United States District Court
156 Federal Street
Portland, ME 04101

REF: Timothy O'Brien
   Case #

Dear Sir:

This office has received a Writ of Habeas Corpus (Ad Prosequendum) for the appearance of the above named federal prisoner from York County District Court (See attached request). Jon Chapman, Esq., does not object to this request. If we receive no objection from the Court, we will release the prisoner into the temporary custody of the York County Sheriff's for the court appearance on December 23, 2011. It is also anticipated that the prisoner will be returned to our custody the same day of his court appearance in Alfred, ME.

If you have no objection to honoring the Writ, <u>please initial this letter and return to me.</u>

Sincerely,

Noel C. March
United States Marshal

By: Kathy L. Perron
   Criminal Program Specialist

cc: Clerk of Court
   United States Attorney

STATE OF MAINE  
YORK, ss

SUPERIOR COURT  
CRIMINAL ACTION  
CR-11-1795

STATE OF MAINE )  
)  
vs. )  WRIT OF HABEAS CORPUS  
) AD PROSEQUENDUM  
TIMOTHY OBRIEN )  
DOB: 11/25/1967 )

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MAINE AND TO THE YORK COUNTY SHERIFF'S DEPARTMENT AT ALFRED, MAINE.**

GREETINGS:

WHEREAS, TIMOTHY OBRIEN is now in the custody of the United States Marshal in the Cumberland County Jail in Portland, Maine, and his appearance is necessary for the attainment of justice, in that he has pending against him a complaint charging him with KIDNAPPING and a Status Conference has been scheduled.

NOW THEREFORE, we request you to deliver the body of the defendant TIMOTHY OBRIEN to the York County Sheriff's Department to seasonably take and safely keep and transport the said TIMOTHY OBRIEN so that he may appear before the Superior Court at the Courthouse in Alfred, Maine on FRIDAY, DECEMBER 23, 2011 at 8:30 a.m. in order that he may be present on said cause and have you there this Writ.

FURTHER, upon completion of the hearing, the York County Sheriff's Department will return TIMOTHY OBRIEN to the Cumberland County Jail, to the custody of the United States Marshal.

Dated: December 13, 2011                         _____  
                                                 Justice, Superior Court

# RETURN OF SERVICE

Received from the United States Marshal for the District of Maine, the person of TIMOTHY OBRIEN in compliance with the within order.

_____
Authorized Officer

## STATE OF MAINE

On this ____ day of _____, 2011, by virtue of the within order, as therein requested, I have taken TIMOTHY OBRIEN and now have him before the Superior Court.

_____
Authorized Officer